UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER A. AJAYI, JR.                                            PLAINTIFF

v.                      No. 5:17CV00172 JLH/JTR

ED ADAMS, Captain,
Dub Brassell Detention Center                                    DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE